1 BENJAMIN B. WAGNER
United States Attorney
2 IAN L. GARRIQUES
GRANT B. RABENN
3 Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6 Attorneys for the
United States of America

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-00192-LJO-SKO |
|---|---|---|
| 12 | Plaintiff, | ) STIPULATION AND PROTECTIVE ) ORDER BETWEEN THE |
| 13 | v. | ) UNITED STATES AND DAWN RENEE ) WESSLING |
| 14 | DAWN RENEE WESSLING, | ) |
| 15 | Defendant. | ) |
| 16 | | ) |

17     WHEREAS, the discovery in this case is voluminous and contains a

18 large amount of personal information including, but not limited to

19 social security numbers, dates of birth, telephone numbers,

20 residential addresses, account information, as well as other forms of

21 personal identification ("Protected Information"); and

22     WHEREAS, the parties desire to avoid both the necessity of large

23 scale redactions and the unauthorized disclosure or dissemination of

24 this information to anyone not a party to the court proceedings in

25 this matter;

26     The parties agree that entry of a stipulated protective order is

27 appropriate.

28     THEREFORE, defendant Dawn Renee Wessling, by and through her

counsel of record John Garland ("Defense Counsel"), and plaintiff United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

    1.    This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

    2.    This Order pertains to all discovery provided to or made available to Defense Counsel by the United States in this case (hereafter, collectively known as "the discovery").

    3.    By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of her attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

    4.    The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government.  At the conclusion of the case, Defense Counsel will return the discovery to the Government or will certify that it has been shredded.

    5.    Defense Counsel will store the discovery in a secure place

and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: July 27, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                    By: /s/ Ian L. Garriques
                                        IAN L. GARRIQUES
                                        Assistant U.S. Attorney


Dated: July 27, 2012                    /s/ John Garland
                                        JOHN GARLAND
                                        Attorney for Defendant


IT IS SO ORDERED.

**Dated:   July 30, 2012**                    **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE