# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Dawn Renee Wessling     **Docket Number:**   0972 1:12CR00192

**Name of Judicial Officer**:     United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   1/22/2013

**Original Offense:** 18 U.S.C. § 371 Conspiracy  CLASS D FELONY

**Original Sentence:** 18 months custody Bureau of Prisons; 36 months Supervised Release; $100 special assessment; Mandatory drug testing; DNA collection; No firearms.

**Special Conditions:**

Warrantless Search
Financial Disclosure
Financial Restrictions
Drug/Alcohol Treatment
Drug/Alcohol Testing


**Type of Supervision:**    TSR

**Date Supervision Commenced:**    11/4/2013

**Other Court Actions:**
**None**:

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> **The defendant shall reside and participate in a residential re-entry center, for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to the 18 USC 3563(b)(11).**

**Justification:** Ms. Wessling will release from federal custody on November 4, 2013. She is homeless without funds to provide for herself. She is requesting to reside at a residential re-entry center for a period of up to 180 days. It is recommended Ms. Wessling be allowed to reside in the residential re-entry for up to six months to allow her an opportunity to seek employment and save money to release to her own residence. She has signed a Waiver of Hearing to Modify Conditions of Supervised Release.

Respectfully submitted,
**/s/ Toni M. Ortiz**

**DATED:** 10/30/2013

**TONI M. ORTIZ**
**United States Probation Officer**
Telephone: (916) 751-3888

Reviewed by,
**/s/ Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

CC:

United States Probation

Assistant United States Attorney: Grant R. Rabenn

Defense Counsel: John F. Garland



IT IS SO ORDERED.

Dated:   **October 31, 2013**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE